768

No. 228.  THOMSON *v.* UNITED STATES. Certiorari denied.  *A. L. Wirin* for petitioner.  *Solicitor General Perlman, Robert S. Erdahl* and *Sheldon E. Bernstein* for the United States.

No. 229.  SPEARS ET AL. *v.* SPEARS, SPECIAL ADMINISTRATRIX, ET AL. Certiorari denied.  *I. H. Spears* and *George M. Johnson* for petitioners.  *Elmer W. Beasley* and *George A. Sutton* for respondents.

No. 230.  OLSEN *v.* UNITED STATES. Certiorari denied.  *Barnett H. Goldstein* for petitioner. *Solicitor General Perlman, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States.

No. 232.  KJAR *v.* UNITED STATES. Certiorari denied.  *Henry H. Taylor, Jr.* for petitioner. *Solicitor General Perlman, Sewall Key* and *A. F. Prescott* for the United States.

No. 233.  RICE  BROS.  *v.*  BIRMINGHAM. Certiorari denied.  *Clarence G. Myers, Herbert W. Brackney* and *Charles M. Stilwill* for petitioner.  *Darrel N. Hanna* for respondent.

No. 234.  KORITZ ET AL. *v.* NORTH CAROLINA. Certiorari denied.  *I. Duke Avnet* for petitioners.  *Harry McMullan,* Attorney General of North Carolina, and *James E. Tucker,* Assistant Attorney General, for respondent.